# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00537-CV

### Sayers Construction, LLC, Appellant

### v.

### Accordant Communications, LLC, Appellee

### FROM THE 453RD DISTRICT COURT OF HAYS COUNTY,
### NO. 22-1261, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Sayers Construction, LLC notified this Court that it has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, Case No. 22-10838-tmd). *See* Tex. R. App. P. 8.1. Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may file a motion to reinstate the appeal if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3(a). It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *Id.* Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of the case for want of prosecution. *See id.* R. 42.3(b).

Before Chief Justice Byrne, Justice Triana, and Justice Smith

Bankruptcy

Filed: December 22, 2022